# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 00-3570

———————

Betty L. Teague,             *
                                  *

        Appellant,       *

                                  *    Appeal from the United States

     v.                  *    District Court for the

                                  *    Eastern District of Arkansas.

Transamerica Assurance Company,   *

                                  *    [UNPUBLISHED]

        Appellee.       *

———————

Submitted: April 3, 2001
Filed: April 6, 2001

———————

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

———————

PER CURIAM.

Betty Teague appeals from the district court's[1] adverse grant of summary judgment in her action to recover increased life insurance benefits following the death of her spouse. As she did below, Teague argues a less deferential standard of review of the plan administrator's decision is appropriate in this case due to procedural irregularities in Transamerica's appeals process. See Sahulka v. Lucent Technologies, Inc., 206 F.3d 763, 767 (8th Cir. 2000). However, we would affirm the district court

———————

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

under any standard of review because the plan in question clearly stated that "a spouse who is disabled is not eligible" for new coverage, and Teague has never disputed that her spouse was disabled when she applied for the increased coverage at issue.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.